■ MARIE RAMMER, Respondent, v. EDWARD V. MAZUR et al., Appellants. — Stay granted on condition that records and appellants' briefs are filed and

served on or before December 12, 1961. Respondent's brief is to be filed by December 22, 1961 and the case is added to the January 1962 Calendar.